No. 155.   FATONE *v.* UNITED STATES.   October 12, 1942.
Motion for leave to proceed *in forma pauperis* granted.
Petition for writ of certiorari to the Circuit Court of

Appeals for the Second Circuit denied. *Mr. Herbert E. Rosenberg* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.